## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SANDRA EMERSON,**

     **Plaintiff,**

    **v.**                                 **CASE NO. 8:22-cv-00369**

**MIDLAND CREDIT**
**MANAGEMENT, INC.,**

     **Defendant.**

_____/

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Midland Credit Management, Inc. hereby removes the above-captioned matter to the United States District Court for the Middle District of Florida, Tampa Division, from the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida and in support thereof avers as follows:

1.    MCM is a defendant in a civil action originally filed on or about December 31, 2021, in the County Court of the Sixth Judicial District, in and for Pinellas County, Florida, titled *Sandra Emerson v. Midland Credit Management, Inc.* and docketed to Case No. 22000014SC.

2.    This removal is timely under 28 U.S.C. § 1446(b) as MCM received service of process on January 13, 2022.

1

3.     Pursuant to 28 U.S.C § 1446, attached hereto are copies of all process, pleadings, and orders received by MCM in the state court action.

4.     The United States District Court for Middle District of Florida, Tampa Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against MCM alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. Plaintiff alleges MCM's conduct caused her actual harm, entitling her to a recovery of actual damages.

5.     On this date, MCM provided notice of this Removal to counsel for Plaintiff and to the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully removes this case to the United States District Court for the Middle District of Florida, Tampa Division.

**MESSER STRICKLER BURNETTE, LTD.**


By:     */s/ Lauren M. Burnette*
         LAUREN M. BURNETTE, ESQUIRE
         FL Bar No. 0120079
         JOHN M. MAREES II, ESQUIRE
         FL Bar No. 069879
         MAUREEN WALSH, ESQUIRE
         FL Bar No. 28179
         12276 San Jose Blvd.
         Suite 718
         Jacksonville, FL 32223

(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant*

Dated: February 14, 2022

## **CERTIFICATE OF SERVICE**

I certify that on February 14, 2022, a true copy of the foregoing document was served on all counsel of record by electronic means.

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       FL Bar No. 0120079
       JOHN M. MAREES II, ESQUIRE
       FL Bar No. 069879
       MAUREEN WALSH, ESQUIRE
       FL Bar No. 28179
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       jmarees@messerstrickler.com
       mwalsh@messerstrickler.com
       *Counsel for Defendant*

Dated: February 14, 2022